IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS | : : : | CIVIL ACTION |
| v. | : : | |
| THOMAS W. CORBETT, JR. | : | NO. 02-2687 |

**O R D E R**

AND NOW, this 8th day of August, 2002, it is Ordered that a telephone scheduling conference on the petition for order to show cause and temporary restraining order (doc. no. 9) is scheduled for **August 15, 2002 at 9:15 a.m.,** with the Honorable Eduardo C. Robreno.

Defense counsel shall initiate the telephone conference and call Chambers at (215) 597-4073 when all parties are on the line.

ATTEST:                         or     BY THE COURT


BY:_____        _____
Deputy Clerk                        Judge

C.V. 12 (4/99)

faxed & mailed to: Beth Anne Smith, Esq.
xc: Jessica E. Wolfe
    Inmates of Pennsylvania Dept. of Corr.