IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


INMATES OF THE PENNSYLVANIA, :        CIVIL ACTION
DEPARTMENT OF CORRECTIONS    :
                             :
                             :
                             :
THOMAS W. CORBETT, JR.,      :        NO.  02-02687-ECR


ORDER

AND NOW, this **13**th day of **August 2002**, it is **ORDERED** that the

Telephone Conference initially scheduled on August 15, 2002 is **RESCHEDULED on**

**August 20, 2002 at 3:00 p.m.**


AND IT IS SO ORDERED.


_____
EDUARDO C. ROBRENO,  J.