IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
INMATES OF THE PENNSYLVANIA      :      CIVIL ACTION
DEPARTMENT OF CORRECTIONS,        :      NO. 02-2687
                                  :
            Plaintiffs,           :
                                  :
        v.                        :
                                  :
THOMAS W. CORBETT, JR., ET AL.,   :
                                  :
            Defendants.           :
```

ORDER

**AND NOW**, this **20th** day of **August, 2002,** it is hereby

**ORDERED** that the court will hold a status and scheduling

telephone conference on **October 4, 2002** at **10:00 a.m.**[1]


**AND IT IS SO ORDERED.**


_____
**EDUARDO C. ROBRENO,        J.**


_____

1.  Counsel for Commonwealth Defendants shall make arrangements
to have the plaintiff on the, initiate the call, and contact
chambers at 215-597-4073 when all parties are on the line.