IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INMATES OF THE PENNSYLVANIA | : | CIVIL ACTION |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| | : | |
| | : | |
| THOMAS W. CORBETT, JR., ET AL., | : | NO. 02-2687 |

ORDER

AND NOW, this **27th** day of **September 2002**, it is **ORDERED** that the Telephone Status and Scheduling Conference scheduled on October 4, 2002 is **CONTINUED** until further order of the court.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.