IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
INMATES OF THE PENNSYLVANIA     :  CIVIL ACTION
DEPARTMENT OF CORRECTIONS,      :  NO. 02-2687
                                :
        Plaintiffs,             :
                                :
    v.                          :
                                :
THOMAS W. CORBETT, JR.,         :
ET AL.,                         :
                                :
        Defendants.             :
```

ORDER

AND NOW, this **20th** day of **December 2002**, it is hereby **ORDERED** that plaintiffs' motion to strike the commonwealth's motion to quash plaintiff's pleading (doc. no. 5), plaintiffs' petition for joinder (doc. no. 8), and plaintiffs' motion to strike the commonwealth's response (doc. no. 17) are **DENIED without prejudice**.[1]

**AND IT IS SO ORDERED.**

$\underline{\hspace{5cm}}$
EDUARDO C. ROBRENO,   J.

---

[1] Plaintiffs may revisit these issues after an appearance has been entered by counsel on behalf of plaintiffs.