```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : | CIVIL ACTION NO. 02-2687 |
| Plaintiffs, | : : | |
| v. | : : | |
| THOMAS W. CORBETT, JR., ET AL., | : : : | |
| Defendants. | : | |

ORDER

AND NOW, this **26th** day of **February, 2003**, it is hereby **ORDERED** that plaintiffs' motion to intervene (doc. no. 19), the commonwealth defendants' motion to dismiss (doc. no. 23), defendants Selvey's and Withers's motion to dismiss (doc. no. 24), Jessica E. Wolfe's motion for joinder (doc. no. 28) and Jessica E. Wolfe's motion for an extension of time (doc. no. 34) are **DENIED without prejudice** pending appointment of counsel to plaintiffs, at which time a status and scheduling conference shall be held.

It is **FURTHER ORDERED** that no further motions shall be filed unless leave is granted by the court.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO,    J.**