IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS | : : : | CIVIL ACTION |
| v. | : : | |
| THOMAS W. CORBETT, JR., ET AL. | : | NO. 02-2687 |

**O R D E R**

AND NOW, this 16th day of October, 2003, it is Ordered that a telephone scheduling conference is scheduled for **November 13, 2003 at 9:30 a.m.**, with the Honorable Eduardo C. Robreno.

Counsel for the plaintiffs' shall initiate the telephone conference and call Chambers at (215) 597-4073 when all parties are on the line.

ATTEST:               or     BY THE COURT


BY:_____   _____
Deputy Clerk                       Judge

C.V. 12 (4/99)

faxed to: Mary Catherine Roper, Esq.
          Beth Anne Smith, Esq.