IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INMATES OF THE | : | CIVIL ACTION |
| PENNSYLVANIA DEPARTMENT | : | |
| OF CORRECTIONS | : | |
| | : | |
| v. | : | |
| | : | |
| CORBETT, JR., ET AL. | : | NO. 02-2687 |

## ORDER

AND NOW, this          day of October, 2003, it is Ordered that the Clerk's Office shall appoint Mary Catherine Roper, Esq., from Drinker, Biddle & Reath to represent the plaintiffs in the above captioned case.

AND IT IS SO ORDERED.

                                                             _____
                                                             EDUARDO C. ROBRENO, J.