```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS | : : : : | CIVIL ACTION NO. 02-2687 |
| v. | : : | |
| THOMAS W. CORBETT, JR., ET AL. | : : : : | |

**ORDER**

**AND NOW,** this **21st** day of **October 2003,** it is hereby **ORDERED** that plaintiffs' motion to vacate (doc. no. 40) is **DENIED WITHOUT PREJUDICE.**[1]

**AND IT IS SO ORDERED.**

                                           **EDUARDO C. ROBRENO,    J.**

---

1. Counsel has been appointed to represent the plaintiffs in this case.