IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INMATES OF THE PENNSYLVANIA  DEPARTMENT OF CORRECTIONS | : : : : : : : : : : | CIVIL ACTION  NO. 02-2687 |
| v. | | |
| THOMAS W. CORBETT, JR.,  ET AL. | | |

## SCHEDULING ORDER

**AND NOW,** this **13th** day of **November 2003**, following a telephone conference in which counsel for both parties participated and pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(b), it is hereby **ORDERED** that:

1. Plaintiff is granted leave to file an amended complaint by **January 1, 2004;**

2. The parties shall meet and prepare a report pursuant Fed. R. Civ. P. 26(f) to be submitted to the court by **January 30, 2004;** and

3. A status and scheduling conference shall be held on **February 17, 2004** at **9:00 a.m** in Chambers, Room 11614, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

---

**EDUARDO C. ROBRENO,          J.**