IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INMATES OF THE PENNSYLVANIA | : | CIVIL ACTION |
| DEPARTMENT OF CORRECTIONS, | : | NO. 02-2687 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CORBETT, ET AL., | : | |
| | : | |
| Defendants. | : | |

SCHEDULING ORDER

**AND NOW**, this **17th** day of **February, 2004,** following a conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(b), and § 2:01 of the Civil Justice Expense and Delay Reduction Plan, it is hereby **ORDERED** that:

1.  Defendants shall file a motion to dismiss not later than **March 9th, 2004;**

2.  Plaintiffs shall file a response to Defendants' motion to dismiss not later than **April 9th, 2004;**

3.  Defendants are permitted to reply to Plaintiffs' response not later than **April 26th, 2004;**

4.  A hearing to consider Defendants' motion to dismiss will be held **May 26th, 2004, at 9:00 a.m.;** and

1

    5.  All discovery is stayed until further order of the
Court.


        **AND IT IS SO ORDERED.**


                                    _____
                                    **EDUARDO C. ROBRENO,        J.**