IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS | : : : | CIVIL ACTION NO. 02-2687 |
| v. | : : | |
| THOMAS W. CORBETT, JR., ET AL. | : : | |

**ORDER**

**AND NOW,** this **11th** day of **May 2004,** it is hereby **ORDERED** that plaintiff's motion of contention (doc. no. 51) and motion to withdraw the motion of contention (doc. no. 56) are **DENIED AS MOOT.**[1]

**AND IT IS SO ORDERED.**

                                                      _____
                                                      **EDUARDO C. ROBRENO,      J.**

---

1. Plaintiff has filed a counseled amended complaint.