```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   INMATES OF THE PENNSYLVANIA    :   CIVIL ACTION
   DEPARTMENT OF CORRECTIONS,     :   NO. 02-2687
                                  :
           Plaintiff               :
                                  :
       v.                         :
                                  :
   THOMAS W. CORBETT, JR.,        :
   ET AL.,                        :
                                  :
           Defendants.            :
```

**SECOND AMENDED SCHEDULING ORDER**

**AND NOW**, this **26th day** of **May 2004**, following a telephone conference, it is hereby **ORDERED** that, by stipulation of the parties, plaintiffs shall file a response to defendants' motion to dismiss by **June 11, 2004.**

It is **FURTHER ORDERED** that plaintiffs' shall file a reply, if any, by **June 25, 2004.**

It is **FURTHER ORDERED** that oral arguments on the motion to dismiss shall be held on **July 15, 2005 at 4:00 p.m**. in Courtroom 11A, 601 Market Street, Philadelphia, PA.

**AND IT IS SO ORDERED.**


_____
**EDUARDO C. ROBRENO,      J.**