```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


INMATES OF THE PENNSYLVANIA     :     CIVIL ACTION
DEPARTMENT OF CORRECTIONS,      :
c/o JESSICA E. WOLFE, ET AL.    :
                                :
          v.                    :
                                :
CORBETT, JR., ET AL.            :     NO. 02-2687
```

## O R D E R

AND NOW, this 12th day of July, 2004, it is Ordered that oral argument on the motion to dismiss scheduled for July 15, 2004 is **continued** to **July 27, 2004 at 4:00 p.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 11A, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

```
   ATTEST:                       or    BY THE COURT


   BY:_____         _____
   Deputy Clerk                            Judge
```

C.V. 12 (4/99)

faxed & mailed to: Mary Catherine Roper, Esq.
                   Sandra Leigh Moser, Esq.
                   Beth Anne Smith, Esq.