AMENDED CERTIFICATE OF SERVICE

I, Beth Anne Smith, Senior Deputy Attorney General, hereby certify that defendants' answer to plaintiff's second amended complaint was filed electronically on September 29, 2004 and is available for viewing and downloading from the ECF system.  I further certify that a true and correct copy of said document was served on the same date by regular United States mail, postage prepaid, to:

    Mary Catherine Roper, Esquire
    Drinker Biddle & Reath LLP
    18th & Cherry Streets
    One Logan Square
    Philadelphia, Pa 19103-6996

                                          GERALD J. PAPPERT
                                          ATTORNEY GENERAL

                BY:    s/ Beth Anne Smith
                                          Beth Anne Smith
                                          Senior Deputy Attorney General
                                          Identification No. 47162

                                          Susan J. Forney
                                          Chief Deputy Attorney General
                                          Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2130