```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


INMATES OF THE PENNSYLVANIA    :    CIVIL ACTION
DEPARTMENT OF CORRECTIONS,     :    NO. 02-2687
                               :
        Plaintiff              :
                               :
     v.                        :
                               :
THOMAS W. CORBETT, JR.,        :
ET AL.,                        :
                               :
        Defendants.            :
```

## ORDER

**AND NOW,** this **28th day** of **October 2004**, it is hereby **ORDERED** that a hearing on Plaintiff's Motion to Amend this Court's Order of August 26, 2004 (doc. no. 69) is scheduled for **November 2, 2004** at **12:30 p.m.** in Courtroom 11A, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**


                                  _____
                                  **EDUARDO C. ROBRENO,      J.**