IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA ELAINE WOLFE, on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : : : : | CIVIL ACTION NO. 02-2687 |
| Plaintiffs, | : : | |
| v. | : : | |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. | : : : | |
| Defendants. | : | |

**AMENDED SCHEDULING ORDER**

**AND NOW**, this **2nd** day of **November 2004**, following a hearing and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is hereby **ORDERED** that:

1. All discovery shall be completed by **February 1, 2005**;[1]

2. Any motions for summary judgment or other dispositive motions shall be filed by **February 1, 2005,** provided that the parties submit a statement of uncontested facts with any such motion. Responses to any motions for summary judgment or other dispositive motions shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c);

3. Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury

---

1. The parties have represented that no experts will be needed for trial.

instructions,[2] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed (with a copy of each also delivered to Chambers)[3] by **February 22, 2005**;

    4.   The case shall be placed in the trial pool on **March 4, 2005**.  Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel; and

    5.   Plaintiff's counsel shall advise the Court promptly of any settlement of the case.

**AND IT IS SO ORDERED.**

                        **EDUARDO C. ROBRENO,     J.**

---

2. Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

3. When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.