IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA ELAINE WOLFE, on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : : : : | CIVIL ACTION NO. 02-2687 |
| Plaintiffs, | : : | |
| v. | : : | |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this **2nd** day of **November 2004**, it is hereby **ORDERED** that Plaintiff's Motion to Amend the Court's Order of August 26, 2004 (doc. no. 69) is **DENIED** for the reasons stated on the record.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO,            J.**