IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| "JESSICA ELAINE WOLFE©" on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS,<br><br>Plaintiff<br><br>v.<br><br>THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL CLASS ACTION No. 02-2687<br>:<br>:<br>:<br>:<br>:<br>: |

**WITHDRAWAL OF APPEARANCE
OF PLAINTIFF'S COUNSEL**

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Sandra L. Moser of Drinker Biddle & Reath LLP as counsel for Plaintiff Jessica Elaine Wolfe in the above-captioned action.

Dated: November 10, 2004

Andrea L. D'Ambra
Attorney I.D. No. 93385

## CERTIFICATE OF SERVICE

I, Andrea L. D'Ambra, hereby certify that on this date I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served upon counsel by U.S. Mail, first-class, postage prepaid, to the following:

>Beth Anne Smith
>Office of Attorney General
>21 S. 12th Street, 3rd Floor
>Philadelphia, PA 19107-2130
>(215) 560-2130 (Phone)
>Attorney for Defendants

Dated: November 10, 2004.

_Andrea L. D'Ambra_
Andrea L. D'Ambra
Attorney I.D. No. 93385
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700 (Phone)
(215) 988-2757 (Fax)
Attorney for Plaintiffs

NS