IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| "JESSICA ELAINE WOLFE©" on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : : : |
| Plaintiffs, | : |
| v. | : : |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : : : |
| Defendants. | :   No. 02-CV-2687 |

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Mary Catherine Roper as counsel of record for Plaintiffs, JESSICA ELAINE WOLFE and Inmates of the Pennsylvania Department of Corrections in the above-captioned matter.

Dated: January 14, 2005

_____
Mary Catherine Roper
I.D. No. 71107
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

PHLIT\514822\1

**CERTIFICATE OF SERVICE**

I, Mary Catherine Roper , hereby certify that on January 14, 2005, I caused a true and correct copy of Withdrawal of Appearance to be served upon counsel of record for all defendants by U.S. Mail, first-class, postage prepaid, to the following:

>Beth Anne Smith
>Office of Attorney General
>21 S. 12th Street, 3rd Floor
>Philadelphia, PA  19107-2130
>(215) 560-2130 (Phone)
>Attorney for Defendants

_____        Mary Catherine Roper