IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| "JESSICA ELAINE WOLFE©" on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS,<br><br>        Plaintiffs,<br>    v.<br><br>THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    No. 02-CV-2687 |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Wilson M. Brown, III, as counsel of record for Plaintiffs, JESSICA ELAINE WOLFE© and Inmates of the Pennsylvania Department of Corrections in the above-captioned matter.

Dated: January 14, 2005

                                            Wilson M. Brown, III
                                          I.D. No. 25846
                                          DRINKER BIDDLE & REATH LLP
                                          One Logan Square
                                          18th & Cherry Streets
                                          Philadelphia, PA  19103-6996
                                          215-988-2700
                                          215-988-2757 (facsimile)

**CERTIFICATE OF SERVICE**

  I, Wilson M. Brown, III, hereby certify that on January 14, 2005, I caused a true and correct copy of Entry of Appearance to be served upon counsel of record for all defendants by U.S. Mail, first-class, postage prepaid, to the following:

    Beth Anne Smith
    Office of Attorney General
    21 S. 12th Street, 3rd Floor
    Philadelphia, PA  19107-2130
    (215) 560-2130 (Phone)
    Attorney for Defendants

_____      Wilson M. Brown, III