IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| "JESSICA ELAINE WOLFE©" on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS,<br><br>                    Plaintiff,<br><br>            v.<br><br>THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   CIVIL CLASS ACTION No. 02-2687<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Viktoriya Meyerov as counsel for Plaintiff Jessica Elaine Wolfe in the above-captioned matter.


Dated:  February 7, 2005.                    _____/s/_____
                                             Viktoriya Meyerov
                                             Attorney I.D. No. 85215

**CERTIFICATE OF SERVICE**

    I, Viktoriya Meyerov, hereby certify that on this date I caused a true and correct copy of the foregoing Entry of Appearance to be served upon counsel by U.S. Mail, first-class, postage prepaid, to the following:

        Beth Anne Smith
        Office of Attorney General
        21 S. 12th Street, 3rd Floor
        Philadelphia, PA 19107-2130
        (215) 560-2130 (Phone)
        Attorney for Defendants

Dated: February 7, 2005.
        /s/
        Viktoriya Meyerov
        Attorney I.D. No. 85215
        DRINKER BIDDLE & REATH LLP
        One Logan Square
        18th and Cherry Streets
        Philadelphia, PA 19103-6996
        (215) 988-2700 (Phone)
        (215) 988-2757 (Fax)
        Attorney for Plaintiffs