IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| "JESSICA ELAINE WOLFE©" on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL CLASS ACTION No. 02-2687 |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : : : | |
| Defendants. | : : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance as counsel for Plaintiff Jessica Elaine Wolfe in the above-captioned matter.


Dated: March 15, 2005.                            /s/ Maresa Torregrossa
                                                                  Maresa Torregrossa
                                                                  Attorney I.D. No. 90306

**CERTIFICATE OF SERVICE**

I, Maresa Torregrossa, hereby certify that on this date I caused a true and correct copy of the foregoing Entry of Appearance to be served upon counsel by U.S. Mail, first-class, postage prepaid, to the following:

>Beth Anne Smith
>Office of Attorney General
>21 S. 12th Street, 3rd Floor
>Philadelphia, PA 19107-2130
>(215) 560-2130 (Phone)
>Attorney for Defendants

Dated: March 15, 2005.

/s/ Maresa Torregrossa
Maresa Torregrossa
Attorney I.D. No. 90306
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700 (Phone)
(215) 988-2757 (Fax)
Attorney for Plaintiff