# EXHIBIT 1

-----Original Message-----
**From:** Mary Catherine Roper [mailto:Mroper@ACLUPA.ORG]
**Sent:** Monday, March 07, 2005 11:04 AM
**To:** Smith, Beth
**Cc:** Viktoriya.Meyerov@dbr.com; Andrea.D'Ambra@dbr.com
**Subject:** Wolfe -- amendment of complaint to add request for injunctive relief

Beth, I would like to close the loop on whether you will consent to our amendment of the complaint to add a request for injunctive relief to the Ex Poste Facto and First Amendment retaliation claims.

As you requested, I have read the published district court decisions since Winklespect that consider Ex Poste Facto claims. I have read a dozen decisions and have not seen a single decision that supports your position that there can be no claim for injunctive relief. In every single decision that I reviewed, although the court noted that the Parole Board had had the benefit of the Supreme Court's instruction in Winklespect, the court also reviewed the facts to determine whether the Parole Board in fact relied unduly on public safety considerations. The clear implication of that is that if the court had concluded that the Board had performed its review improperly, it would have granted some relief. In one case, the district court in fact remanded the case to the Parole Board for reconsideration in light of all of the appropriate factors.

Jessica Wolfe is entitles to the same factual review. And, if the facts reveal that the Parole Board relied exclusively on public safety considerations, she will be entitled to an order directing the Board to consider her request for parole under the appropriate standard. Moreover, as we discussed before, if she proves her claim of First Amendment retaliation, she will be entitled to a order directing the retaliation/harassment to cease. Please let me know as soon as possible whether you will consent to the amendment of the complaint.

Mary Catherine Roper
Staff Attorney
American Civil Liberties Union of Pennsylvania
P.O. Box 1161
Philadelphia, PA 19105
voice 215.592.1513 ext 116
fax 215.592.1343
mroper@aclupa.org

****************************************************************************

This message contains information which may be confidential and privileged.

Unless you are the addressee (or authorized to receive for the addressee),

you may not use, copy or disclose to anyone the message or any information

contained in the message. If you have received the message in error,

please advise the sender by reply e-mail@dbr.com, and delete the message.

Thank you very much.

=00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SYBARI ANTIGEN Version: 8.00.1494 has scanned this file and certifies that No Virus or Worm has been detected.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FE02

=00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SYBARI ANTIGEN Version: 8.00.1494 has scanned this file and certifies that No Virus or Worm has been detected.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FE02