IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INMATES OF THE PENNSYLVANIA             :        CIVIL ACTION
DEPARTMENT OF CORRECTIONS,

                Plaintiffs             :

    v.                                      :

THE PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, et al.,                          :

                Defendants             :        No. 02-2687

## ORDER

AND NOW, this      day of                , 2005, upon consideration of the motion of Parole

Board defendants for leave to file a reply to plaintiff Jessica Elaine Wolfe's response to their

motion for protective order, it is hereby ORDERED that said motion is GRANTED.   The Clerk is

directed to file the Reply attached to Parole Board defendants' motion as Exhibit 1.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INMATES OF THE PENNSYLVANIA            :        CIVIL ACTION
DEPARTMENT OF CORRECTIONS,

     Plaintiffs            :

  v.                          :

THE PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, et al.,                :

     Defendants            :        No. 02-2687

**PAROLE BOARD DEFENDANTS' MOTION FOR LEAVE TO REPLY TO
PLAINTIFF'S RESPONSE TO THEIR MOTION FOR PROTECTIVE ORDER**

  Defendants Castor, Descher, Green, Imboden, Lucht, Martinez, Muller, Ryan, Ward, Webster, and White (collectively, "Parole Board defendants") respectfully request the Court for leave to reply to plaintiff Jessica Elaine Wolfe's response to their Motion for Protective Order. As more fully discussed in their reply (attached hereto as Exhibit 1), Parole Board defendants wish only to correct certain errors of fact and law made by Wolfe in his opposition to their motion.

  WHEREFORE, Commonwealth defendants request the Court to enter an order substantially in the form attached hereto, granting this motion for leave to reply.

          THOMAS W. CORBETT, JR.
          ATTORNEY GENERAL

      BY:  s/ Beth Anne Smith
          Beth Anne Smith
          Senior Deputy Attorney General
          Identification No. 47162

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor     Susan J. Forney
Philadelphia, PA 19107-3603    Chief Deputy Attorney General
Telephone: (215) 560-2130     Chief, Litigation Section

<u>CERTIFICATE OF SERVICE</u>

I, Beth Anne Smith, Senior Deputy Attorney General, hereby certify that Parole Board

defendants' motion for leave to file a reply to plaintiff's response to their motion for protective

order was filed electronically on March 16, 2005 and is available for viewing and downloading

from the ECF system.  I further certify that a true and correct copy of said document was served

on the same date by electronic mail notification to registered ECF user Andrea D'Ambra, at

andrea.d'ambra@dbr.com.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL


BY:    <u>s/ Beth Anne Smith_____</u>
       Beth Anne Smith
       Senior Deputy Attorney General
       Identification No. 47162

       Susan J. Forney
       Chief Deputy Attorney General
       Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2130