IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA ELAINE WOLFE, on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : : : : | CIVIL ACTION NO. 02-2687 |
| Plaintiffs, | : : | |
| v. | : : | |
| THE PENNSYLVANIA DEP'T OF CORRECTIONS, ET AL., | : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **17th** day of **March 2005**, it is hereby **ORDERED** that a hearing to address the motion for protective order filed by Lloyd A. White, Michael M. Webster, Sean R. Ryan, Gary R. Lucht, Jeffrey R. Imboden, Nicholas Muller, Michael L. Green, Barbara Descher, Allen Castor, Benjamin Martinez and William Ward (collectively the "Parole Board defendants") (doc. no. 82) and the motion to amend/correct the Amended Complaint filed by the plaintiff (doc. no. 85) shall be held on **March 23, 2005** at **10:00 a.m.** in courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

                                                                **EDUARDO C. ROBRENO, J.**