IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| "JESSICA ELAINE WOLFE©" on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS,  :<br><br>Plaintiff  :<br><br>v.  :<br><br>THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,  :<br><br>Defendants.  : | CIVIL CLASS ACTION No. 02-2687 |

## ENTRY OF APPEARANCE

**Kindly enter appearance of Mary Catherine Roper as additional counsel for plaintiff in this action:**

Mary Catherine Roper
American Civil Liberties Union of Pennsylvania
P.O. Box 1161
Philadelphia, PA 19105
v: 215.592.1513 ext. 116
f: 215.592.1343
mroper@aclupa.org

**Respectfully,**

**Dated:  March 22, 2005.**          **/s/ Mary Catherine Roper**
Mary Catherine Roper
Attorney ID No. 71107
American Civil Liberties Union of Pennsylvania
P.O. Box 1161
Philadelphia, PA 19105
v: 215.592.1513 ext. 116
f: 215.592.1343
mroper@aclupa.org

CERTIFICATE OF SERVICE

**I certify that on this date I filed the foregoing document using the Court's ECF system and that the following is a ECF user such that she will receive service automatically:**

>Beth Anne Smith
>Office of Attorney General
>21 S. 12th Street, 3rd Floor
>Philadelphia, PA 19107-2130
>(215) 560-2130 (phone)
>Attorney for Defendants

>**/s/ Mary Catherine Roper**
>**Mary Catherine Roper**

Dated:  March 22, 2005.