IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA ELAINE WOLFE, on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : : : : | CIVIL ACTION NO. 02-2687 |
| Plaintiffs, | : : | |
| v. | : : | |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., | : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **23rd** day of **March 2005**, it is hereby **ORDERED** that Plaintiff's motion for leave to amend/correct the Second Amended Class Action Complaint (doc. no. 85) is **GRANTED IN PART** and **DENIED IN PART**. Leave to amend is **GRANTED** conditioned upon the filing of a Third Amended Complaint by **April 4, 2005** limited to any requests for injunctive relief and the joining of the chairman of the Parole Board.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**