```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JESSICA ELAINE WOLFE, on       :   CIVIL ACTION
behalf of herself and all      :   NO. 02-2687
similarly situated INMATES     :
OF THE PENNSYLVANIA            :
DEPARTMENT OF CORRECTIONS,     :
                               :
         Plaintiffs,           :
                               :
         v.                    :
                               :
THE PENNSYLVANIA DEPARTMENT    :
OF CORRECTIONS, ET AL.,        :
                               :
         Defendants.           :
```

## ORDER

**AND NOW**, this **23rd** day of **March 2005**, it is hereby **ORDERED** that the motion for protective order filed by Lloyd A. White, Michael M. Webster, Sean R. Ryan, Gary R. Lucht, Jeffrey R. Imboden, Nicholas Muller, Michael L. Green, Barbara Descher, Allen Castor, Benjamin Martinez and William Ward (collectively the "Parole Board defendants") (doc. no. 82) is **GRANTED IN PART** and **DENIED IN PART**. Depositions of the individual Parole Board defendants shall proceed as follows:

      1.   Plaintiff shall propound written questions in the nature of interrogatories to each defendant by **April 4, 2005**;

      2.   Counsel for the parties shall meet and if necessary counsel for the defendants shall file objections to the written questions propounded by Plaintiff's counsel by **April 25, 2005**;

      3.   Plaintiff's counsel shall file a reply to any

objections by **May 5, 2005;** and

    4.  A hearing to address any objections to the written questions propounded by Plaintiff's counsel shall be held on **May 16, 2005** at **10:00 a.m.** in courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

    **AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**