```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JESSICA ELAINE WOLFE, on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : : : : | CIVIL ACTION NO. 02-2687 |
| Plaintiffs, | : : | |
| v. | : : | |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., | : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **12th** day of **May 2005**, it is hereby **ORDERED** that the hearing scheduled on May 16, 2005 at 10:00 a.m. to address objections to the written questions propounded by Plaintiff's counsel shall be continued to **June 1, 2005** at **4:00 p.m.** in courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**