```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JESSICA ELAINE WOLFE, on        :   CIVIL ACTION
behalf of herself and all       :   NO. 02-2687
similarly situated INMATES      :
OF THE PENNSYLVANIA             :
DEPARTMENT OF CORRECTIONS,      :
                                :
          Plaintiffs,           :
                                :
          v.                    :
                                :
THE PENNSYLVANIA DEPARTMENT     :
OF CORRECTIONS, ET AL.,         :
                                :
          Defendants.           :
```

## ORDER

**AND NOW**, this **2nd** day of **June 2005**, it is hereby **ORDERED** that:

1.   Plaintiff shall serve notices of deposition upon each defendant by **June 13, 2005**;

2.   Plaintiff shall serve subpoenas upon each parole hearing examiner witness, unless counsel is authorized and agrees to accept service for said witness, by **June 13, 2005**;

3.   Defendants shall file detailed objections, paragraph by paragraph, to any questions propounded by plaintiff's counsel in the nature of interrogatories to each witness by **July 13, 2005**. Following each objection, defendant shall detail in writing the legal basis for the objection;

4.   Plaintiff shall file a reply to defendant's objections by **August 12, 2005**;

5.  All motions to compel based upon objections raised at depositions shall be filed by **August 12, 2005** and shall include the relevant portions of the transcript of the deposition;

6.  A hearing to address any objections to the written questions propounded by plaintiff's counsel or any motions to compel based upon objections at depositions will be held on **September 12, 2005 at 9:30 a.m.** in courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania; and

7.  All deadlines listed in the Court's Fifth Scheduling Order entered on March 23, 2005 are **VACATED.**

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**