IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA ELAINE WOLFE, on        :    CIVIL ACTION
behalf of herself and all       :    NO. 02-2687
similarly situated INMATES      :
OF THE PENNSYLVANIA             :
DEPARTMENT OF CORRECTIONS,       :
                                :
          Plaintiffs,           :
                                :
          v.                    :
                                :
THE PENNSYLVANIA DEPARTMENT      :
OF CORRECTIONS, ET AL.,          :
                                :
          Defendants.           :

## ORDER

**AND NOW,** this **19th** day of **July, 2005,** it is hereby **ORDERED** that the parole board defendants' motion for leave to reply to plaintiff's response to their motion for protective order (doc. no. 86) is **DENIED AS MOOT.**

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**