IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA ELAINE WOLFE, on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : : : : | CIVIL ACTION NO. 02-2687 |
| Plaintiffs, | : : | |
| v. | : : | |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **12th** day of **September 2005,** it is hereby **ORDERED** that Parole Board Defendants' and Hearing Examiners' Motion for Protective Order (doc. no. 98) is **GRANTED** and Parole Officials' Objections to Plaintiff's Written Deposition Questions (doc. no. 100) are **SUSTAINED.**

**IT IS FURTHER ORDERED** that, with the consent of the Defendants, the Parole Board Defendants **shall produce** a **Fed. R. Civ. P. 30(b)(6) deponent** to testify about the policies, practices and procedures in place at the time the board made the decisions to deny plaintiff's parole.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**