11/21/2005 17:01 IFAX Fax_Center@dbr.com → Fax Center ☑001/002
ATTORNEY GENL 215 560 1031 11/21 '05 16:54 NO.906 01/02
Case 2:02-cv-02687-ER Document 110-2 Filed 12/16/2005 Page 1 of 2

## OFFICE OF ATTORNEY GENERAL
## FAX
## TRANSMISSION COVER SHEET

FROM EQUIPMENT LOCATED AT:   215-560-1031

TO EQUIPMENT LOCATED AT:   215-988-2757

# OF PAGES INCLUDING COVER SHEET:   2

TO:   Viktoriya Meyerov, Esquire

FROM:   Beth Anne Smith, Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3d Floor
Philadelphia, PA 19107
(215) 560-2130

TRANSMISSION DATE: November 21, 2005

SUBJECT:   DOC statistics

DELIVERY:   RUSH

IMPORTANT/CONFIDENTIAL: This communication is intended for the use of the individual or entity to which it is addressed. This message contains information from the Office of Attorney General, Commonwealth of Pennsylvania, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

COMMENTS: Viktoriya, attached is the chart prepared by the DOC. Please contact me if you have any questions.

11/21/2005 17:01 IFAX Fax_Center@dbr.com → Fax Center ☐002/002
ATTORNEY GENL 215 560 1031 11/21 '05 16:54 NO.906 02/02
Case 2:02-cv-02687-ER   Document 110-2   Filed 12/16/2005   Page 2 of 2

Pennsylvania Department of Corrections
Number of Inmates Released by Year Whose Primary Offense was Rape

| Minimum Sentence Group | Type of Release | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 ytd | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Within 1 Year | Parole | 27 | 4 | 10 | 4 | 9 | 6 | 10 | 9 | 9 | 13 | 5 | 106 |
| After 1 year | Max Out | 36 | 33 | 45 | 66 | 73 | 77 | 73 | 72 | 72 | 68 | 52 | 667 |
|  | Parole | 26 | 11 | 29 | 40 | 71 | 88 | 54 | 48 | 36 | 37 | 29 | 469 |
| After 1 Year Total |  | 62 | 44 | 74 | 106 | 144 | 165 | 127 | 120 | 108 | 105 | 81 | 1,136 |
| Grand Total |  | 89 | 48 | 84 | 110 | 153 | 171 | 137 | 129 | 117 | 118 | 86 | 1,242 |

**Minimum Sentence Group**

"Within 1 Year" includes inmates who were released within one year after reaching his/her Minimum Sentence Date.

"After 1 Year" includes inmates who were released one or more years after reaching his/her Minimum Sentence Date.

**Release Type:**

"Max-Out" means the inmate was not previously paroled and the Maximum Sentence was completed.

"Parole" means released to the Pennsylvania Board of Probation and Parole prior to Maximum Sentence Date. This includes first-time parolees only. Inmates who were previously paroled and subsequently violated parole are not included.