IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA'

| | | |
|---|---|---|
| JESSICA ELAINE WOLFE©, on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 02 – CV – 2687 - ECR |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : | |
| Defendant. | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as counsel for Plaintiff Jessica Elaine Wolfe© in the above-captioned matter. MaryCatherine Roper of the American Civil Liberties Union of Pennsylvania along with Wilson M. Brown, III, Viktoriya Meyerov, Maresa Torregrossa and Andrea D'Ambra of Drinker Biddle & Reath LLP, have entered appearances on behalf of Plaintiff.

/s/ Sandra L. Moser
_____
Sandra L. Moser (I.D. No. 89443)

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
215.963.5251

Date:   December 16, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was filed using the Court's ECF system and that the following is an ECF user such that she will automatically receive service:

      Beth Anne Smith
      Office of Attorney General
      21 S. 12th Street, 3d Floor
      Philadelphia, PA 19107
      Attorney for Defendants

            /s/ Sandra L. Moser
            _____
            Sandra L. Moser (I.D. No. 89443)