## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| "JESSICA ELAINE WOLFE©" on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : : : | CIVIL CLASS ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : : : | |
| Defendants. | : | No. 02-2687 |

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL COMPLETE PRODUCTION OF DOCUMENTS TO PLAINTIFF

AND NOW this ____ day of _____, 2006, upon consideration of Plaintiff's Motion to Compel and Defendants' response thereto, it is ORDERED that said Motion is GRANTED.

Plaintiffs' counsel shall provide Plaintiff with copies of documents previously produced by Defendants and marked "Confidential", and with unredacted copies of all deposition transcripts.

_____
Eduardo C. Robreno, U.S.D.J.