```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

INMATES OF THE PENNSYLVANIA       :
DEPARTMENT OF CORRECTIONS,        :   CIVIL ACTION
                                  :   NO. 02-2687
          Plaintiffs,             :
                                  :
     v.                           :
                                  :
THOMAS W. CORBETT, JR.,           :
et al.,                           :
                                  :
          Defendants.             :

## O R D E R

**AND NOW**, this **11th** day of **October 2006**, it is hereby **ORDERED** that a hearing to consider Defendants' motion for summary judgment (doc. no. 105) be held on **Wednesday, October 18, 2006, at 9:00 a.m.**, in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

                                                S/Eduardo C. Robreno
                                                **EDUARDO C. ROBRENO, J.**