IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : | CIVIL ACTION NO. 02-2687 |
| Plaintiffs, | : : | |
| v. | : : | |
| THOMAS W. CORBETT, JR., et al., | : : : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **5th** day of **December 2006**, pursuant to the agreement of counsel, it is hereby **ORDERED** that Plaintiff shall conduct a Fed. R. Civ. P. 30(b)(6) deposition of a representative of the Department of Corrections no later than December 19, 2006.

**IT IS FURTHER ORDERED** that Plaintiff shall submit a supplemental brief in opposition to Defendants' motion for summary judgment, limited to the Ex Post Facto Clause claim and the available statistical evidence, within 30 days of the Rule 30(b)(6) deposition.  Defendants shall respond to Plaintiff's supplemental brief within 30 days thereafter.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**