Other limiting factors include:

Narrowly defined offense code. (This chart deals with only one code. But there are several offense codes and varying definitions of rape/sexual assault not included here, including but not limited to rape of a child, rape of a child with seriously bodily injury, statutory rape, involuntary deviant sexual intercourse, sexual assault, institutional sexual assault, aggravated indecent assault, aggravated indecent assault of a child, spousal sexual assault, etc.)

No notation for changes in sentencing guidelines

No indication of inmate rehabilitation programming success/failure/participation/refusal

No indication of inmate misconduct history

No indication of other qualitative factors used in parole consideration, such as inmate mental capacity and home plan suitability

The parole subset only includes first time parole and does not include reparoles

The data tables were not originally designed as database tables. They are raw information tables and, as such, many edit checks that keep database tables "clean" may not have been in place.

If you have any questions, or wish to discuss this further, I can be reached at 215-560-2130.

| Min Category Sentence category | | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 YTD | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Inmates With Code CC3121 | | 1816 | 1990 | 2028 | 2072 | 2045 | 1996 | 2013 | 2047 | 2107 | 2108 | 2132 | 2053 | |
| Max Out | | 36 | 33 | 45 | 66 | 73 | 77 | 73 | 72 | 72 | 68 | 64 | 57 | 736 |
| Parole Total | | 53 | 15 | 39 | 44 | 80 | 94 | 64 | 56 | 45 | 50 | 39 | 42 | 621 |
| Within 1 year | Parole | 27 | 4 | 10 | 4 | 9 | 6 | 10 | 9 | 9 | 13 | 5 | 6 | 112 |
| After 1 year | Parole | 26 | 11 | 29 | 40 | 71 | 88 | 54 | 47 | 36 | 37 | 34 | 36 | 509 |
| After 2 years | Parole | 11 | 5 | 14 | 32 | 53 | 67 | 44 | 38 | 27 | 27 | 27 | 26 | 371 |
| After 3 years | Parole | 5 | 2 | 7 | 22 | 28 | 47 | 24 | 23 | 14 | 20 | 24 | 18 | 234 |
| After 1 year Total | Max out and Parole | 62 | 44 | 74 | 106 | 144 | 165 | 127 | 119 | 108 | 105 | 98 | 93 | 1245 |
| All Max Outs and Parole | | 89 | 48 | 84 | 110 | 153 | 171 | 137 | 128 | 117 | 118 | 103 | 99 | 1357 |

12/18/2006



EXHIBIT
Emery 3
12|18|06