# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| "JESSICA ELAINE WOLFE©" on behalf of herself and all similarly situated INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : : : : : | CIVIL CLASS ACTION |
| Plaintiff | : : | |
| v. | : : | |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : : : | |
| Defendants. | : | No. 02-2687 |

## ORDER

AND NOW this \_\_\_\_ day of _____, 2007, upon consideration of the Motion of Mary Catherine Roper to Withdraw as Counsel to plaintiff, it is **ORDERED** that said Motion is **GRANTED** and Mary Catherine Roper is relieved of her appointment. The Clerk shall mark her representation of plaintiff "terminated".

_____
Eduardo C. Robreno, U.S.D.J.