IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, : <br>           Plaintiffs, <br>      v. <br> THOMAS W. CORBETT, JR., et al., <br>           Defendants. | CIVIL ACTION <br> NO. 02-2687 |

## J U D G M E N T

**AND NOW**, this **25th** day of **April 2007**, it is hereby **ORDERED** that pursuant to the Court's Order of April 25, 2007, **JUDGMENT** is entered in favor of Defendants and against Plaintiff as to Counts IV and V of the third amended complaint.

**IT IS FURTHER ORDERED** that, all counts having been adjudicated, the case shall be marked **CLOSED**.[1]

**AND IT IS SO ORDERED.**

                                  S/Eduardo C. Robreno
                                  **EDUARDO C. ROBRENO, J.**

---

[1] By Memorandum and Order of August 27, 2004, the Court dismissed Counts I, II, III, and VI of the second amended complaint (doc. no. 64). The only counts that remained were Counts VII (Ex Post Facto Clause) and VIII (retaliation). (Due to misnumbering, Counts IV and V never existed in the second amended complaint).

By Memorandum and Order of April 25, 2007, the Court granted summary judgment in favor of Defendants as to Counts IV (Ex Post Facto Clause) and V (retaliation) of the third amended complaint.