IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INMATES OF THE PENNSYLVANIA | : | |
| DEPARTMENT OF CORRECTIONS, | : | CIVIL ACTION |
| | : | NO. 02-2687 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS W. CORBETT, JR., | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this **27th** day of **April 2007,** it is hereby **ORDERED** that Drinker, Biddle & Reath LLP's motion to withdraw as counsel for Plaintiff (doc. no. 126) is **GRANTED**.

**IT IS FURTHER ORDERED** that Mary Catherine Roper's motion to withdraw as counsel for Plaintiff (doc. no. 127) is **GRANTED.**[1]

**IT IS FURTHER ORDERED** that Plaintiff's pro se motion to stay proceedings pleading special matters (doc. no. 122) is **DENIED.** The matter has been fully briefed and the Court has since addressed the motion on the merits.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] If Plaintiff wishes to appeal the adverse entry of summary judgment (doc. no. 129), she must file a notice of appeal within 30 days of the date of entry of judgment. See Federal Rule of Appellate Procedure 4(a)(1)(A).

This Court will not appoint counsel for purposes of filing the appeal. Any request for counsel to represent Plaintiff on appeal must be directed to the Third Circuit Court of Appeals.